UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| JOEL FELDMAN and DEBORAH FELDMAN, | 08 Civ. 4861 (SCR) |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BANK OF AMERICA** |
| -against- | |
| HUDSON KEYSE, LLC et al., | |
| Defendants. | |

-------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for plaintiffs and defendant Bank of America in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action and all claims, counterclaims, and/or cross claims that were or could have been made herein are hereby dismissed as against Bank of America with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), in all forums, without costs to any party as against any other, and with each party bearing its own legal costs and expenses.

**IT IS HEREBY FURTHER AGREED,** that this stipulation may be filed, without further notice, with the Court and may be executed by facsimile.

Dated: New York, New York
August 26, 2008

| | |
|---|---|
| REED SMITH LLP | LAW OFFICE OF SHMUEL KLEIN, P.C. |
| By: _____ | By: _____ |
| Casey D. Laffey (CL-1483) | Shmuel Klein (SK-7212) |
| 599 Lexington Avenue, 22nd Floor | 268 Route 59 |
| New York, New York 10022 | Spring Valley, New York 10977 |
| (212) 521-5400 | (845) 425-2510 |
| *Attorneys for Defendant* | *Attorney for Plaintiffs* |
| *Bank of America* | *Joel and Deborah Feldman* |

**SO ORDERED:**

_____
U.S. District Judge